**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-00227-RM-SKC

MURRAY MEETZE,

Plaintiff,

v.

University of Colorado Boulder,
and LORI BERGEN,

Defendants.

---

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

Plaintiff and Defendants ("Parties") submit the following Stipulated Motion to Dismiss with Prejudice.

The Parties have resolved and settled all issues between them and as a part of their agreement stipulate that this lawsuit, including all claims, be dismissed with prejudice.

Each party is to bear its own fees, costs and expenses.

WHEREFORE, the Parties respectfully request that this action and all claims here in be dismissed with prejudice.

Respectfully submitted this August 7, 2019.

s/ David P. Temple
David P. Temple
Senior Associate University Counsel
University of Colorado
Office of University Counsel
1800 Grant Street, Suite 700
Denver, CO 80203
David.Temple@cu.edu
*Attorney for Defendants*

s/ Murray Meetze
Murray Meetze
2301 Goss Street, Unit 104
Boulder, CO 80302
Murray.meetze@gmail.com
Plaintiff, *pro se*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2019, I electronically filed the foregoing with the Court's electronic filing system (CM/ECF) which will automatically cause notification to be sent to the following:

Murray Meetze
2301 Goss Street, Unit 104
Boulder, CO 80302
Murray.meetze@gmail.com
Plaintiff, *pro se*

*s/ Linda Ruth Carter*
Linda Ruth Carter, Paralegal