**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 19-cv-00227-RM-SKC

MURRAY MEETZE,

Plaintiff,

v.

UNIVERSITY OF COLORADO BOULDER,
and LORI BERGEN,

Defendants.

---

**ORDER GRANTING STIPULATED MOTON TO DISMISS WITH PREJUDICE**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice filed August 7, 2019 (ECF No. 53). The Court, having reviewed the Motion and being otherwise fully advised, hereby ORDERS as follows:

The Stipulated Motion to Dismiss with Prejudice is GRANTED. The above-captioned matter is dismissed with prejudice. Each party to bear its own fees, costs and expenses.

DATED this 7th day of August, 2019.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge